

KEN PAXTON

ATTORNEY GENERAL OF TEXAS

WILLIAM F. COLE
Principal Deputy Solicitor General

ACCEPTED
15-25-00116-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
9/16/2025 3:21 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
(512) 936-2725
9/16/2025 3:21:36 PM
William.Cole@oag.texas.gov
CHRISTOPHER A. PRINE
Clerk

September 16, 2025

**Via eFile**

Christopher A. Prine, Clerk
Texas Court of Appeals for the Fifteenth Judicial District

> Re: No. 15-25-00116-cv, *Paxton v. Garza*

Dear Mr. Prine:

Per your July 17 correspondence, I write to notify the Court that the undersigned will present argument for Appellants in the above-captioned case, which has been set for oral argument on September 24, 2025, at 1:30 p.m. Appellants respectfully request to reserve five minutes for rebuttal, leaving fifteen minutes for the opening presentation.

Respectfully submitted.

/s/William F. Cole

William F. Cole
Principal Deputy Solicitor General

cc: all counsel of record (via e-mail)

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Maria Mendoza-Williamson on behalf of William Cole
Bar No. 24124187
maria.williamson@oag.texas.gov
Envelope ID: 105654307
Filing Code Description: Letter
Filing Description: 152500116cv_Garza v Paxton OA Acknowledgement_Final
Status as of 9/16/2025 3:23 PM CST

Associated Case Party: Harris County

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Christopher Garza | 24078543 | christopher.garza@harriscountytx.gov | 9/16/2025 3:21:36 PM | SENT |
| Jonathan Fombonne | 24102702 | jonathan.fombonne@harriscountytx.gov | 9/16/2025 3:21:36 PM | SENT |
| Tiffany Bingham | 24012287 | tiffany.bingham@harriscountytx.gov | 9/16/2025 3:21:36 PM | SENT |
| Bradely W.Snead | | snead@wrightclosebarger.com | 9/16/2025 3:21:36 PM | SENT |
| Andrea Mintzer | | andrea.mintzer@harriscountytx.gov | 9/16/2025 3:21:36 PM | SENT |
| Andrea Mintzer | | andrea.mintzer@harriscountytx.gov | 9/16/2025 3:21:36 PM | SENT |

Associated Case Party: JoseP.Garza

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Cynthia Veidt | 24028092 | cynthia.veidt@traviscountytx.gov | 9/16/2025 3:21:36 PM | SENT |
| Christina Sanchez | 24062984 | christina.sanchez@epcounty.com | 9/16/2025 3:21:36 PM | SENT |
| Leslie W.Dippel | | leslie.dippel@traviscountytx.gov | 9/16/2025 3:21:36 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Maria Williamson | | maria.williamson@oag.texas.gov | 9/16/2025 3:21:36 PM | SENT |
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 9/16/2025 3:21:36 PM | SENT |
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 9/16/2025 3:21:36 PM | SENT |
| William Farrell | | biff.farrell@oag.texas.gov | 9/16/2025 3:21:36 PM | SENT |
| Amanda Ruch | | amanda.ruch@oag.texas.gov | 9/16/2025 3:21:36 PM | SENT |
| Leslie  W. Dippel | | Leslie.Dippel@traviscountytx.gov | 9/16/2025 3:21:36 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Maria Mendoza-Williamson on behalf of William Cole
Bar No. 24124187
maria.williamson@oag.texas.gov
Envelope ID: 105654307
Filing Code Description: Letter
Filing Description: 152500116cv_Garza v Paxton OA Acknowledgement_Final
Status as of 9/16/2025 3:23 PM CST

Case Contacts

| Leslie W. Dippel | | Leslie.Dippel@traviscountytx.gov | 9/16/2025 3:21:36 PM | SENT |
|---|---|---|---|---|
| Todd A. Clark | | Todd.Clark@traviscountytx.gov | 9/16/2025 3:21:36 PM | SENT |
| Jonathan G.C. Fombonne | | Jonathan.Fombonne@harriscountytx.gov | 9/16/2025 3:21:36 PM | SENT |
| Tiffany S. Bingham | | Tiffany.Bingham@harriscountytx.gov | 9/16/2025 3:21:36 PM | SENT |
| Christopher Garza | | Christopher.Garza@harriscountytx.gov | 9/16/2025 3:21:36 PM | SENT |
| Justin C. Pfeiffer | | jpfeiffer@gavrilovlaw.com | 9/16/2025 3:21:36 PM | SENT |
| Christina Sanchez | | Ch.sanchez@epcountytx.gov | 9/16/2025 3:21:36 PM | SENT |
| Bernardo Rafael Cruz | | b.cruz@epcountytx.gov | 9/16/2025 3:21:36 PM | SENT |
| C. RobertHeath | | bheath@bickerstaff.com | 9/16/2025 3:21:36 PM | SENT |
| Joshua Woods | | woods@wrightclosebarger.com | 9/16/2025 3:21:36 PM | SENT |
| Bradley W.Snead | | snead@wrightclosebarger.com | 9/16/2025 3:21:36 PM | SENT |
| Michael Adams-Hurta | | hurta@wrightclosebarger.com | 9/16/2025 3:21:36 PM | SENT |
| Cynthia W.Veidt | | cynthia.veidt@traviscountytx.gov | 9/16/2025 3:21:36 PM | SENT |
| William H. Farrell | | bill.farrell@oag.texas.gov | 9/16/2025 3:21:36 PM | ERROR |
| Cynthia W. Veidt | | Cyntia.Vedt@traviscountytx.gov | 9/16/2025 3:21:36 PM | ERROR |
| Randy T. Leavitt | | randy@randyleavitt.com | 9/16/2025 3:21:36 PM | SENT |
| Alexandria Oberman | | aoberman@milchev.com | 9/16/2025 3:21:36 PM | SENT |
| Michael J. Statin | | mstatin@milchev.com | 9/16/2025 3:21:36 PM | ERROR |
| Laura G. Ferguson | | lferguson@milchev.com | 9/16/2025 3:21:36 PM | SENT |
| Amy Pollock | | amy.pollock@traviscountytx.gov | 9/16/2025 3:21:36 PM | SENT |

Associated Case Party: Ken Paxton, in his Official Capacity as Attorney General of Texas

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Maria Mendoza-Williamson on behalf of William Cole
Bar No. 24124187
maria.williamson@oag.texas.gov
Envelope ID: 105654307
Filing Code Description: Letter
Filing Description: 152500116cv_Garza v Paxton OA Acknowledgement_Final
Status as of 9/16/2025 3:23 PM CST

Associated Case Party: Ken Paxton, in his Official Capacity as Attorney General of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| William FCole | | William.Cole@oag.texas.gov | 9/16/2025 3:21:36 PM | SENT |
| Ben Mendelson | | Ben.Mendelson@oag.texas.gov | 9/16/2025 3:21:36 PM | SENT |
| William H. Farrell H.Farrell | | bill.farrell@oag.texas.gov | 9/16/2025 3:21:36 PM | ERROR |
| Eric Abels | | Eric.Abels@oag.texas.gov | 9/16/2025 3:21:36 PM | SENT |
| Jacob Beach | | Jacob.Beach@oag.texas.gov | 9/16/2025 3:21:36 PM | SENT |

Associated Case Party: Dallas County Criminal District Attorney John Cruezot

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Alexandria Oberman | | aoberman@milchev.com | 9/16/2025 3:21:36 PM | SENT |
| Katharine Tafuri | | ktafuri@milchev.com | 9/16/2025 3:21:36 PM | SENT |
| Alexandria Oberman Oberman | | aoberman@milchev.com | 9/16/2025 3:21:36 PM | SENT |
| Michael J.Satin | | msatin@milchev.com | 9/16/2025 3:21:36 PM | SENT |
| Laura G.Ferguson | | lferguson@milchev.com | 9/16/2025 3:21:36 PM | SENT |

Associated Case Party: Delia Garza

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Leslie W.Dippel | | leslie.dippel@traviscountytx.gov | 9/16/2025 3:21:36 PM | SENT |

Associated Case Party: El Paso County District Attorney James Montoya

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Maria Mendoza-Williamson on behalf of William Cole
Bar No. 24124187
maria.williamson@oag.texas.gov
Envelope ID: 105654307
Filing Code Description: Letter
Filing Description: 152500116cv_Garza v Paxton OA Acknowledgement_Final
Status as of 9/16/2025 3:23 PM CST

Associated Case Party: El Paso County District Attorney James Montoya

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Melissa Contreras | | m.contreras@epountytx.gov | 9/16/2025 3:21:36 PM | SENT |
| Isela Baeza | | i.baeza@epcountytx.gov | 9/16/2025 3:21:36 PM | SENT |
| Isela Jones | | carl.jones@epcountytx.gov | 9/16/2025 3:21:36 PM | SENT |
| Pamela Lopez | | Pam.Lopez@epcountytx.gov | 9/16/2025 3:21:36 PM | SENT |
| Bernardo Cruz | | b.cruz@epcountytx.gov | 9/16/2025 3:21:36 PM | SENT |

Associated Case Party: El Paso County Attorney Christina Sancez

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Bernardo Cruz | | b.cruz@epcountytx.gov | 9/16/2025 3:21:36 PM | SENT |

Associated Case Party: El Paso County

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Bernardo Cruz | | b.cruz@epcountytx.gov | 9/16/2025 3:21:36 PM | SENT |

Associated Case Party: Bexar County Criminal District Attorney Joe Gonzales

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Michael J. Satin | | msatin@milchev.com | 9/16/2025 3:21:36 PM | SENT |
| Alexandria Oberman | | aoberman@milchev.com | 9/16/2025 3:21:36 PM | SENT |

Associated Case Party: Dallas County

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Maria Mendoza-Williamson on behalf of William Cole
Bar No. 24124187
maria.williamson@oag.texas.gov
Envelope ID: 105654307
Filing Code Description: Letter
Filing Description: 152500116cv_Garza v Paxton OA
Acknowledgement_Final
Status as of 9/16/2025 3:23 PM CST

Associated Case Party: Dallas County

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Alexandria Oberman | | aoberman@milchev.com | 9/16/2025 3:21:36 PM | SENT |